UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY GARIBAY, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARIO ALONZO, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. CV 09-3348-JFW (DTB) <br><br> ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that defendant's Motion to Dismiss plaintiff's due process claim based on excessive force is granted without leave to amend; defendant's Motion to Dismiss plaintiff's equal protection claim is granted with leave to amend and defendant's Motion to Dismiss plaintiff's retaliation claim is granted with leave to amend.

IT IS FURTHER ORDERED that if plaintiff still desires to pursue an equal protection and/or a retaliation claim, he is ORDERED to file a First Amended Complaint

1  within thirty (30) days of the service of this Order remedying the deficiencies discussed
2  in the Report and Recommendation with respect to the denial of these claims.

DATED:  September 14, 2010

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE