# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY GARIBAY, JR., | Case No. CV 09-3348-JFW (DTB) |
| Plaintiff, | **J U D G M E N T** |
| vs. | |
| MARIO ALONZO, | |
| Defendant. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that defendant's Motion to Dismiss plaintiff's due process claim based on excessive force is granted without leave to amend; defendant's Motion to Dismiss plaintiff's equal protection claim is granted with leave to amend and defendant's Motion to Dismiss plaintiff's retaliation claim is granted with leave to amend.

DATED: September 14, 2010

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE