Eugene P. Ramirez, Esq., State Bar No. 134865
Michelle B. Ghaltchi, Esq., State Bar No. 242482
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St., 15th Floor
Los Angeles, CA 90017
Telephone:  (213) 624-6900
Facsimile:  (213) 624-6999
Email: epr@manningllp.com; mbg@manningllp.com

Attorneys for Defendant,
MARIO ALONZO

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY GARIBAY JR., <br><br> Plaintiff, <br><br> vs. <br><br> MARIO ALONZO, <br><br> Defendant. | Case No. CV 09-3348 JFW (DTB) <br><br> **ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** <br><br> [F.R.C.P. 41(a)] <br><br> Complaint Filed: 5/29/09 |

In light of the stipulation between the parties, this matter is hereby dismissed with prejudice. This dismissal constitutes a general mutual release of all claims and a mutual waiver of all costs, court fees, and attorneys' fees arising out of this litigation between these parties.

IT IS SO ORDERED.

Dated:     June 15, 2012              _/s/ John F. Walter_____
                                       Honorable John F. Walter
                                       UNITED STATES DISTRICT COURT